## Chollet, Nicki

| | |
|---|---|
| **From:** | Henn, Charlie |
| **Sent:** | Friday, June 17, 2016 5:54 PM |
| **To:** | Lindsay Korotkin |
| **Cc:** | TRB Adidas; M Ehrbanip; Davis K; Charlotte Joshi; Chollet, Nicki; Hooker, Charles; Crumbley, Louie; Flemming, Forrest; feldm@perkinscoie.com; SFeldman@perkinscoie.com |
| **Subject:** | RE: adidas v. TRB: requested extension of time |

Lindsay-
Nicki's on vacation today, so I'll respond: your proposed one-week extension is fine.
That said, it appears that your client has produced a total of only 361 emails.  When will it be producing the rest of its emails and other ESI?
-Charlie

**Charlie Henn**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 815 6572 | cell 404 808 3977 | fax 404 541 3240
chenn@kilpatricktownsend.com | My Profile | vCard

---

**From:** Lindsay Korotkin
**Sent:** Friday, June 17, 2016 5:48 PM
**To:** Chollet, Nicki; Henn, Charlie; Hooker, Charles; Crumbley, Louie; Flemming, Forrest; feldm@perkinscoie.com; JGilliland@perkinscoie.com; SFeldman@perkinscoie.com
**Cc:** TRB Adidas; M Ehrbanip; Davis K; Charlotte Joshi
**Subject:** adidas v. TRB: requested extension of time

Dear Nicki,

I am writing as a follow up to my voicemail requesting a 1-week extension for Defendant to serve its response to Plaintiffs' Second Request for Production of Documents.  As I mentioned in my voicemail, I am travelling to a funeral.

Please let us know if you are amenable to this short extension.  Of course, if you agree to our requested extension we will reciprocate should adidas and Reebok desire the same extension of their time to respond to Defendant's Third Request for Documents.  Thus, the parties' discovery responses which are currently due on June 20th would be extended to and including June 27th.

Thank you,

Lindsay

**Lindsay Korotkin**
Associate

**Arent Fox LLP** | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.457.5548  DIRECT | 212.484.3990 FAX
lindsay.korotkin@arentfox.com | www.arentfox.com

1

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.