```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF OREGON


adidas America, Inc., et al., )  3:15-cv-02113-SI
                              )
    Plaintiffs,               )
                              )
         vs.                  )  August 19, 2016
                              )
TRB Acquisitions, LLC         )
                              )
    Defendant.                )  Portland, Oregon




              (Telephonic Motion Hearing)

              TRANSCRIPT OF PROCEEDINGS

         BEFORE THE HONORABLE MICHAEL H. SIMON

            UNITED STATES DISTRICT COURT JUDGE
```

1          MR. REITER: Your Honor, this is Allen Reiter. I
2  appreciate the Court's attention to this matter and the
3  opportunity to address this issue.
4          As we pointed out in the letter, in the e-mail that
5  we filed last night, our client is a very small company. Most
6  of the people have moved and are on the same floor. A number
7  of the licensees are in the same building, and all of them are
8  within a few blocks of each other.
9          So unlike a company like adidas, which has
10 international operations, it is easier for the people in this
11 company to communicate by speaking to each other, at least not
12 telefax and e-mails, and we have not conducted a diligent
13 search, and we haven't failed to produce responsive e-mails.
14 We have spent an enormous amount of time and money going
15 through e-mails to find those that are responsive. Really all
16 that plaintiff is saying is that they think there should be
17 more, and the answer to that is that there aren't.
18         THE COURT: All right. Thank you, Mr. Reiter.
19         Here is what I'm going to do on this issue, although
20 I will hear from Ms. Chollet or Mr. Feldman in a moment,
21 especially so they can respond to my point here.
22         I think that that should answer plaintiffs' concerns.
23 But if plaintiffs are not satisfied, plaintiff may take a
24 Rule 30(b)(6) deposition that will not count towards any
25 limitations on plaintiffs' discovery of the person or persons

1   responsible for formulating, conducting, and implementing the
2   search for responsive e-mails.  If any issues arise, they can
3   be brought to my attention later.  But if plaintiff wants to
4   take that deposition of that person to find out precisely what
5   was done, what was looked for, who was inquired, things like
6   that, they may do that.  Obviously that's not a waiver of any
7   attorney-client privilege.  But I do think it is appropriate to
8   take discovery of a person who is responsible for searching for
9   and gathering responsive documents to see exactly what they
10  did.
11          So will that satisfy plaintiffs' needs at this time?
12          Obviously, by the way, if plaintiff is satisfied with
13  Mr. Reiter's response now, they don't need to take that
14  deposition.  But if they want to, they may.
15          So does that satisfy plaintiffs' needs at this time,
16  Ms. Chollet or Mr. Feldman?
17          MS. CHOLLET:  Yes.  Thank you.
18          THE COURT:  All right.
19          The next item on my agenda, but continuing with
20  plaintiffs' concerns -- we will get to defendant's concerns
21  later.  Apparently plaintiffs have served third-party subpoenas
22  on 14 of TRB's licensees.  In the e-mail request I received I
23  believe yesterday from plaintiffs they wanted a response on
24  August 26th.  But as I read both the rules, Rule 34 as well as
25  the response by the defendant today, the responses that the

1  produced, and you all need to discuss that among yourselves
2  before involving the Court.
3            But I will say this:  Any time plaintiffs want and,
4  by the way, the same is going to hold true for the defendants
5  in mirror image, any time a party wants and believes there has
6  been insufficient compliance with discovery, you're welcome to
7  take a 30(b)(6) deposition of the person or persons responsible
8  for gathering that discovery and ask what steps were taken to
9  gather responsive documents, what steps weren't taken and why
10 were they not taken, and why were certain documents not
11 produced.  Then if anyone has any issues that they believe
12 warrant the Court's attention after that information has been
13 exchanged or learned and after, of course, you have an
14 additional conference with each other, you're welcome to raise
15 them with me.  But I don't think right now I need to get into
16 any discussion with anyone about whether or not those documents
17 in the Philippines should or should not have been produced
18 here, were or were not responsive, or why they may not have
19 been produced yet.
20           Does anyone disagree with that analysis that I've
21 just given?  First, plaintiffs.
22           MS. CHOLLET:  No.  Your Honor, that's fine.  We will
23 continue to confer with TRB on this matter.
24           THE COURT:  Mr. Reiter, anything to say about that?
25           MR. REITER:  Well, Your Honor, I think your ruling