# Fashion Mannuscript — Fashion Mann June 2015

Change Language: Choose

## Eli Yedid

"Exercise is my conduit for my enhanced vigor."

FIT FOR SUCCESS

Eli Yedid, a career fashion executive for 25 years, founded the RBX Active brand just three years ago and has already developed it as one of the most influential active wear names in the marketplace. The brand presently generates over

$100 million in sales with a focus on fitness apparel, footwear and equipment. Inspired by his intense fitness interest and skills, Yedid, has competed in three Ironman races and five marathons over the last six years, achieving better results each year. The July NYC Triathlon and November NYC marathon are already scheduled in to his busy agenda. Additionally, Yedid serves as the President of the company he co-founded, Cutie Pie. He has built this company into a $50 million children's apparel brand that now employs over 200 people. Well respected in the industry, Yedid serves on the board of directors for several large, wellknown and respected fashion companies. It's hard to believe that Yedid has the time for all of these business and fitness activities, but as he explains, he is motivated by feeling good and by his high levels of positive energy throughout the day. "Exercise is my conduit for my enhanced vigor. By feeling good, I feel that I make smarter decisions and with my clear head, I am able to listen more intuitively, treat people well and all in all be a better leader, father and husband," says Yedid.

Yedid's formula for business success includes his talent for indentifying early trends that his companies address quickly and tastefully with quality materials and workmanship. RBX's design and marketing team have a finger on the pulse of what is cutting edge but they are realistic with how they interpret trends so that they are right for the marketplace.

The brand delivers the best fitness apparel and accessories ensuring that busy women can discover exciting looks that transition from the gym to the street. The active-wear pieces easily mix and match to reflect an individual's style as they travel from activity to activity. The collection includes fashion-functional sport bras, tees, tanks, layering pieces, jackets, hoodies, shorts, capris, leggings, warm-ups and fitness accessory items. Whether working out in a studio, gym, home–indoors or outdoors, there is the ideal outfit and equipment to get the job done.

"Women of all ages are working out from their teen years through decades beyond" confirms RBX Active CEO, Eli Yedid, "and are active many times per week, requiring multiple outfits. RBX Active makes that possible with well priced items that are long lasting and extremely fashion-functional. Each design is developed to multitask by working well at the gym, yet equally as appropriate for casual wear. This is the message we hear from today's consumer. Today's customer wants to get a workout AND look and feel attractive at the same time. It's a new era and we are addressing that demand significantly within our collection. "

In just three short years, RBX Active has become an award-winning brand in a very hot category. Key retailers and its own newly launched website make it easy for consumers to find and purchase their desired styles. The RBX Active slogan--LIVE LIFE ACTIVE effectively describes the spirit of the brand and its ongoing promise to offer products that inspire men and women to live well and actively.

Understanding how important a healthy lifestyle is for the mind and body, Yedid will continue his mission to build relevant, exciting products and extended categories that fit into the growth and longevity of this lifestyle brand. As for the future, RBX shops are in the planning process and a sporting goods line is also in the development stage and will include basketballs, footballs, soccer balls, tennis rackets and more. As with all RBX products, they will be colorful, fashion forward, durable and highly functional. So stay tuned for more about a motivated Eli Yedid and all his exciting plans.

www.rbxactive.com

VIEW ALL ARTICLES